UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

Solome Pells-Jappa

Case # 14 CV (4558)

against

Document: Letter

Anthony Sanchez

RECEIVED SEP 11 2014 PRO SE OFFICE

On the above date, and time I Anthony Sanchez Request the Permission to file a motion to Dismiss.

Anthony Sanchez

9/11/14